FILED: June 17, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1406
(1:14-cv-02161-WMN)
_____

KATHERINE SCHIFFBAUER, Next Friend of K.S.; CRAIG SCHIFFBAUER, Next Friend of K.S.

       Plaintiffs - Appellants

v.

LAWRENCE E. SCHMIDT, Esq., President, Board of Education for Baltimore County; S. DALLAS DANCE, Ph.D., Superintendent, Baltimore County Public Schools; REBECCA RIDER, Ms., Principal, Chatsworth Elementary School; DAVID MITCHELL, Mr., Support Person, Chatsworth Elementary School; TRISH REDDING, Nurse, Chatsworth Elementary School; SHIRILLE JONES, Teacher, Chatsworth Elementary School

       Defendants - Appellees

_____

RULE 42(b) MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*